# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Tamara C. Miller | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-16705SR |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/23/16 and this case is hereby DISMISSED.

Dated: October 4, 2016

_____
Stephen Raslavich
United States Bankruptcy Judge

Missing Documents:

Matrix